## EX PARTE EUGENE FRANKLIN.

No. 9251.   Delivered February 11, 1925.

Habeas Corpus—Nothing Presented.

An application for a writ of *habeas corpus* was presented to the Hon. Joel R. Bond, Judge of the trial court. The statement of facts show that appellant was tried in that court and convicted in causes numbered 8462 and 8463. No brief has been filed, and the object of the writ and the appeal is not disclosed. The remanding judgment will be affirmed.

Appeal from the District Court of Kaufman County. Tried below before the Hon. J. A. Bond, Judge.

Appeal from an order remanding appellant to the custody of the sheriff.

The opinion states the case.

No brief filed by appellant.

*Tom Garrard*, State's Attorney, and *Grover C. Morris*, Assistant State's Attorney, for the State.

LATTIMORE, JUDGE.—On January 14, 1925, this appellant presented an application for *habeas corpus* to the Honorable Joel R. Bond, Judge of the trial court, who granted same, and on January 17th, following, heard the cause. The statement of facts which we find in the record shows that the entries on the trial docket of the court below were introduced, showing that appellant was tried in causes 8462-8463, and in each case was convicted. Copies of the judgments and sentences in each case also appear and as far as we can determine, are regular, the sentence in the latter case being made cumulative of that in the former. We have no brief on file, and are unable to perceive the object of this writ. Appellant was remanded by the court to the custody of the sheriff. The remanding judgment will be affirmed.

*Affirmed.*